# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

**In the Matter of the Seizure of**
(Address or brief description of property to be seized)

CONTENTS OF COMPASS BANK ACCOUNT NUMBER 72109511 IN THE NAME OF KIMBERLY L. BROOKS

**APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT**

**CASE NUMBER:** 2:08mj20-TFM

**FILED**

MAR 1 9 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

I, __D. Keith Baker__, being duly sworn depose and say:

I am a Special Agent with the Federal Bureau of Investigation (FBI) and have reason to believe that in the Middle District of Alabama there is now concealed a certain property, namely (describe the property to be seized)

contents of Compass Bank account number 72109511 in the name of Kimberly L. Brooks (4740 Park Towne Way, Apartment 272, Montgomery, Alabama 36116).

**which is** (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under Title 31, United States Code, Section 5317(c)(2) and Title 18, United States Code, Section 981 as incorporated therein.

concerning a violation of Title __31__, United States Code, Section __5324__

The facts to support a finding of probable cause for issuance of a Seizure Warrant are as follows: Please see attached Affidavit of D. Keith Baker.

Continued on the attached sheet and made a part hereof.    X Yes    __ No

Signature of Affiant

Sworn to before me, and subscribed in my presence

MARCH 18, 2008
**Date**

TERRY F. MOORER
United States Magistrate Judge
**Name and Title of Judicial Officer**

at    Montgomery, Alabama
    City and State

Signature of Judicial Officer

MIDDLE DISTRICT OF ALABAMA

MONTGOMERY, ALABAMA

STATE OF ALABAMA  )

MONTGOMERY COUNTY )

<u>AFFIDAVIT</u>

I, D. Keith Baker, am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, upon being duly sworn, declare under penalty of perjury, and do hereby say the following information is true based upon my personal knowledge and belief:

I am an investigator or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 115(c)(1). I am, therefore, an officer of the United States who is empowered to conduct investigations and to make arrest for the offenses enumerated in Title 31, United States Code, Section 5324.

I am employed as a Special Agent (SA) of the FBI and have been so employed for approximately nineteen years. For the past ten years, I have been assigned to the Montgomery Resident Agency of the FBI's Mobile Division. During my employment, I have received training and have experience in the investigation, in part, of the following Federal laws, including Title 18, United States Code, Section 1956, Laundering of Monetary Instruments; Title 31, United States Code, Section 5324, Structuring transactions to evade reporting requirement prohibited.

This affidavit is being made in support of an application which seeks an Order Authorizing the civil forfeiture of United States currency currently on deposit at Compass Bank, account number 72109511, held in the name of KIMBERLY L. BROOKS.

On about November 29, 2007 thru December 11, 2007, Regions Bank Corporate Security Officer L.R. Smith advised Special Agent Keith Baker that an employee of theirs by the name of KIMBERLY L. BROOKS, a teller of their Taylor Road branch, Montgomery, Alabama, had a $9,500 cash deposit made into her account, account number 208354561, on November 15, 2007. A friend of BROOKS by the name of PRICILLA BEVILLE utilized Regions Bank's Bell Road branch to make the November 15, 2007, deposit of the $9,500 into BROOKS' account. On November 16, 2007, BROOKS made a cash withdrawal in the amount of $9,500 in U.S. Currency from the Regions Bank account.

On November 29, 2007, Kristen Metty, Compass Bank Assistant Manager, Bank Secrecy Act/Anti Money Laundering Department, advised Special Agent D. Keith Baker that on November 15, 2007, KIMBERLY L. BROOKS opened an account at Compass Bank's Cornerstone branch, Montgomery, Alabama and made a $9,600 cash deposit into the account. On November 16, 2007, BROOKS made a $9,500 cash deposit into her account utilizing the Vaughn Plaza branch of Compass Bank. On November 16, 2007, check number 0094 in the amount of $9,500, payable to PRICILLA BEVILLE, written on BROOKS' Compass Bank account, account number 72109511, was presented for payment,

2

but was not cashed. Check number 0094 was presented for payment by PRICILLA BEVILLE at Compass Bank's UAB branch in Birmingham, Alabama. On November 20, 2007, check number 1001 in the amount of $6,500, payable to KIMBERLY BROOKS, written on BROOKS' Compass Bank account, account number 72109511, was presented for payment, but was not cashed. Check number 1001 was presented for payment by KIMBERLY BROOKS at Compass Bank's Cornerstone branch. On November 26, 2007, PRICILLA BEVILLE deposited a $4,500 check into her bank account at Wachovia Bank. The deposited check was written against KIMBERLY BROOKS' Compass Bank account, account number 72109511.

On December 10, 2007, KIMBERLY L. BROOKS was interviewed by Regions Bank Corporate Security Officers L.R. Smith and Chris Hudgins at 25 Washington Avenue, Montgomery, Alabama. BROOKS signed a six page statement admitting that PRICILLA BEVILLE had deposited money into one of her accounts. According to BROOKS, on November 15, 2007, BEVILLE made a cash deposit of $9,500 into BROOKS' Regions account. On November 16, 2007, BROOKS made a cash withdrawal of $9,500 in denominations of twenty dollar bills from the same account. BROOKS also admitted to opening an account at Compass Bank by utilizing $9,600 given to her by BEVILLE. BROOKS admitted that she used some of the money for personal expenses, but the remainder was still in the Compass Bank account.

On December 12, 2007, KIMBERLY L. BROOKS was interviewed at her residence, 4740 Park Towne Way, Apartment

272, Montgomery, Alabama, by Special Agent D. Keith Baker and Special Agent John W. Canning.  During the interview, BROOKS admitted that she was recently terminated from her employment as a teller with Regions Bank.  BROOKS admitted that she allowed her personal checking account at Regions Bank to be utilized by PRICILLA BEVILLE to make a deposit of $9,500 in U.S. Currency in an attempt to exchange one hundred dollar bill denominations into twenty dollar bill denominations. BROOKS admitted that the following day after BEVILLE deposited the $9,500 into her account, BROOKS made a cash withdrawal of $9,500 in U.S. Currency, twenty dollar bill denominations, and gave the currency to BEVILLE.  BROOKS also admitted to opening an account at Compass Bank and utilizing the Compass Bank account in lieu of her Regions Bank account to make additional cash deposits for BEVILLE because BROOKS was aware that Regions Bank would scrutinize large cash deposits into her account.

BROOKS admitted during her interview that she had received training with respect to Cash Transaction Reports and their required filings.  BROOKS and BEVILLE discussed the fact that any deposits made would have to be in an amount less than $10,000.  BROOKS affirmed that BEVILLE did not want to have to report the money being deposited.

BROOKS admitted that she should not have opened the account at Compass Bank and made the cash deposits for BEVILLE into the account.  BROOKS indicated that "she knew something fishy was going on."

On December 12, 2007, PRICILLA BEVILLE was

interviewed at Barnes & Nobel bookstore, Montgomery, Alabama, by Special Agent D. Keith Baker and Special Agent John W. Canning.  During the interview, BEVILLE admitted that she requested the assistance of KIMBERLY BROOKS to make deposits of cash into BROOKS accounts.  BEVILLE admitted to personally depositing $9,500 into BROOKS' Regions Bank account.  BEVILLE also admitted that she was aware that BROOKS opened an account at Compass Bank and made two deposits into the account with funds provided to BROOKS by BEVILLE. BEVILLE admitted that at the time BROOKS made the two deposits into her Compass Bank account, BEVILLE had an account open at Wachovia bank.  BEVILLE admitted that she and BROOKS specifically talked about the fact that any deposit over $10,000 would cause the financial institution to generate additional paperwork on the individual making the deposit.  For that reason, BROOKS and BEVILLE agreed that they would make deposits in amounts below $10,000.

On February 20, 2008, Kristen Metty, Compass Bank, provided the account balance of BROOKS' Compass Bank account, account number 72109511, as $14,156.83.

I respectfully request that this Honorable Court issue a seizure warrant.

*D. Keith Baker* (signature)
D. Keith Baker
Special Agent
Federal Bureau of Investigation
Montgomery, Alabama

Subscribed and sworn to before me this 18th day of March, 2008.

*Terry F. Moorer* (signature)
TERRY F. MOORER
United States Magistrate Judge

6