# United States District Court

## MIDDLE DISTRICT OF ALABAMA

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

CONTENTS OF COMPASS BANK ACCOUNT NUMBER 72109511 IN THE NAME OF KIMBERLY L. BROOKS

**SEIZURE WARRANT**

**CASE NUMBER:** 2:08mj20-TFM

TO: Any authorized federal law enforcement officer or any authorized officer of the United States: Affidavit(s) having been made before me by **D. KEITH BAKER** who has reason to believe that in the Middle District of Alabama there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

contents of Compass Bank account number 72109511 in the name of Kimberly L. Brooks (4740 Park Towne Way, Apartment 272, Montgomery, Alabama 36116)

**which is** (state one or more bases for seizure under United States Code)
subject to seizure and forfeiture under Title 31, United States Code, Section 5317(c)(2) and Title 18, United States Code, Section 981 as incorporated therein.

**concerning a violation of Title** _31_ **United States Code, Section(s)** _5324_

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime - 6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

MARCH 18, 2008

_March 18, 2008_
**Date and Time Issued**

at _Montgomery, Alabama_
City and State

TERRY F. MOORER
United States Magistrate Judge
**Name and Title of Judicial Officer**

_[signature]_
**Signature of Judicial Officer**